AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ANTHONY WEBB,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV422-254

WELLPATH, et al.,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated November 18, 2022, the Plaintiff has failed to exhaust his administrative remedies. Therefore, his Amended Complaint is dismissed, and his motions to proceed in forma pauperis are denied. This case stands closed.

Approved by: _/s/ Christopher L. Ray_
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

November 18, 2022
Date

John E. Triplett, Clerk of Court
Clerk

_/s/ Candy Cashell_
(By) Deputy Clerk

GAS Rev 10/2020